## CONSENT TO SUE

I hereby consent to be a plaintiff in an action under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and the Texas Minimum Wage Act, Tex. Lab. Code 62.001 et seq. to secure any unpaid minimum wages, overtime pay, liquidated damages, costs, attorney's fees and other relief arising out of my employment with MOMO'S ROPA USADA, ANNETTE MARTINEZ and any other associated parties, individuals or entities.

I authorize Texas RioGrande Legal Aid, Inc. to represent me in such action.

Dated: 06-25-2019              ISMENE. A. A. M
                               Ismene Arroyo


                               _____
                               Notary Public in and for
                               The State of Texas

                               My commission expires: 7/12/20

DEBBIE MURILLO
Notary Public
STATE OF TEXAS
Notary ID# 12458213-9
My Comm. Exp. 07-12-2020

## TRANSLATOR'S CERTIFICATION

I, Joe Caraveo, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury under the laws of the United States of America that I am fluent in the English and Spanish languages and that I truly and correctly translated the foregoing statement to Plaintiff **ISMENE ARROYO** to the best of my ability.

_____          6/25/2019
Signature                                Date